IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Paul Tidwell, ) | Civil Action No. 2:23-CV-02643-RMG-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **AMENDED NOTICE OF REMOVAL** |
| Zinus, Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Zinus, Inc. ("Defendant"), in accordance with 28 U.S.C. §§ 1331, 1441 and 1446, petitions this Court for removal of this action currently pending in the Court of Common Pleas of Berkeley County, South Carolina, designated as Case Number 2023-CP-0801296. In support, Defendant states as follows:

1. On or about May 5, 2023, Plaintiff, Paul Tidwell ("Plaintiff"), filed a Complaint in the Court of Common Pleas of Berkeley County, South Carolina (the "Complaint"). In the Complaint, Plaintiff asserts two causes of action against Defendant: (1) race discrimination under 42 U.S.C. § 1981; and (2) hostile work environment in violation of 42 U.S.C. § 1981. *See* Exhibit A for a copy of the Complaint.

2. Defendant first obtained a copy of the Complaint on or about May 17, 2023. *See* Exhibit B for a copy of Plaintiff's Affidavit of Service of the Summons and Complaint.

3. Defendant timely filed its Notice of Removal on June 14, 2023, pursuant to 28 U.S.C. § 1446(b).

4. On June 16, 2023, Plaintiff's counsel emailed Defendant's counsel a copy of an Amended Complaint (the "Amended Complaint"). In the Amended Complaint, Plaintiff asserts three causes of action against Defendant: (1) race discrimination under 42 U.S.C. § 1981; (2)

315802282.2

hostile work environment under 42 U.S.C. § 1981; and (3) constructive discharge under 42 U.S.C. § 1981. *See* Exhibit C for a copy of the Amended Complaint.

5. Defendant's counsel accepted service of the Amended Complaint, on behalf of Defendant, on June 16, 2023. *See* Exhibit D for a copy of email correspondence accepting service of the Amended Complaint.

6. This Amended Notice of Removal was timely filed on June 16, 2023, pursuant to 28 U.S.C. § 1446(b).

7. Venue is proper in this Court. This Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Thus, it is the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

8. This action is removable on the basis of jurisdiction under 28 U.S.C. § 1331 because Plaintiff's 42 U.S.C. § 1981 claims are causes of action that arise under the Constitution, treaties, or laws of the United States.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant shall give written notice of the removal of this action to all parties and shall file a copy of this notice with the Clerk of the Court of Common Pleas, State of South Carolina, Berkeley County.

10. Copies of all state court pleadings, process and orders served upon Defendant thus far are attached to this Amended Notice of Removal as Exhibits A, B, C and D, pursuant to 28 U.S.C. § 1446(a).

WHEREFORE, Defendant respectfully requests that this case be properly removed, that the Court accept jurisdiction over the action, and that this action be entered into the docket of this Court for further proceedings as if the action had originally been instituted in this Court.

    Respectfully submitted,

    s/ J. Walker Coleman, IV
    J. Walker Coleman, IV (Fed. ID No. 06007)
    E-mail: walker.coleman@klgates.com
    K&L GATES LLP
    134 Meeting Street, Suite 500
    Charleston, SC  29401
    Phone:  843.579.5600
    Fax:  843.579.5601

    *Attorneys for Defendant*
    *Zinus, Inc.*

June 16, 2023
Charleston, South Carolina

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Paul Tidwell, | ) | Civil Action No.: 2:23-CV-02643-RMG-KDW |
|        Plaintiff, | ) | |
| vs. | ) | |
| Zinus, Inc., | ) | **CERTIFICATE OF SERVICE** |
|        Defendant. | ) | |

I hereby certify that a copy of the **AMENDED NOTICE OF REMOVAL** was served upon the following counsel of record by mailing a copy of the same to them, postage prepaid, in the United States Mail, to the address as shown below this 16th day of June, 2023:

      **NAUHEIM LAW OFFICE, LLC**
      **Attn: Joshua Mangan, Esq.**
      **Attn.: David A. Nauheim, Esq.**
      **101 Sycamore Ave.**
      **Charleston, South Carolina 29401**

      *Attorneys for Plaintiff Paul Tidwell*

      /s/ *J. Walker Coleman, IV*
      J. Walker Coleman, IV (Fed. ID No. 06007)
      E-mail: walker.coleman@klgates.com
      K&L GATES LLP
      134 Meeting Street, Suite 500
      Charleston, SC  29401
      Phone:  843.579.5600
      Fax:  843.579.5601

      *Attorneys for Defendant*
      *Zinus, Inc.*