## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| Paul Tidwell, | ) | C.A. No.: 2:23-cv-2643-JD-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL,** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| Zinus, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Paul Tidwell, by and through his undersigned counsel, and Zinus, Inc., by and through its undersigned counsel, having represented to the Court Plaintiff's desire to dismiss Defendant from this action, including all of the claims and causes of action against Defendant, <u>with prejudice</u>; it is hereby

STIPULATED, that Plaintiff's claims and causes of action against Defendant are dismissed, <u>with prejudice</u>, with each party to bear its own costs and attorneys' fees.

(signatures on following page)

1

/s/ Joshua Mangan
JOSHUA MANGAN
SC Bar Number 104786
NAUHEIM LAW OFFICE, LLC
101 Sycamore Ave.
Charleston, SC 29407
Tel: 843 352-3519
Fax: 843 350-3572
josh@nauheimlaw.com

ATTORNEY FOR PLAINTIFF


*/s/ J. Walker Coleman, IV*
J. Walker Coleman, IV
Federal ID No. 06007
K&L GATES LLP
134 Meeting Street, Suite 500
Charleston, SC 29401
Tel: (843) 579-5600
Fax: (843) 579-5601
walker.coleman@klgates.com

ATTORNEYS FOR DEFENDANT


Charleston, South Carolina
February 14, 2024